DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BELIN v. ROHM & HAAS

No. 128 PC.

Case below: 45 N.C. App. 554.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

BOST v. RILEY

No. 74 PC.

Case below: 44 N.C. App. 638.

Petition by defendant doctors for discretionary review under G.S. 7A-31 denied 6 May 1980.

BRICKELL v. COLLINS

No. 95 PC.

Case below: 44 N.C. App. 707.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

BROWN v. POWER CO.

No. 112 PC.

Case below: 45 N.C. App. 384.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

CAUBLE v. CITY OF ASHEVILLE

No. 124 PC.

No. 21 (Fall Term).

Case below: 45 N.C. App. 152.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 May 1980. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question denied 6 May 1980.